Case: 26-2250, 08/11/2026, DktEntry: 1.1, (1 of 9)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Jevon Howard

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25 CV 05623 ( )( )

-against-

# NOTICE OF APPEAL

Shawn Jay-Z Carter

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Jermaine Howard

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☐ order entered on: July 10, 2026
(date that judgment or order was entered on docket)

that: The Defendant's Motion to Dismiss be GRANTED
(If the appeal is from an order, provide a brief description above of the decision in the order.)

8/6/2026
Dated

Jermaine J. Howard
Signature

Howard, Jermaine J
Name (Last, First, MI)

1035 Beach Rd #D2 Bflo NY 14225
Address City State Zip Code

(716) 436-9009
Telephone Number

lilchooie@gmail.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

FedEx

RECEIVED
AUG - 7 2026
CLERK'S OFFICE
S.D.N.Y.

549-4501
ETP: 1 SP:PD:100:Y
10007-1316-99
NEW YORK,NY
4103 FRI 08/07 08:43
500 PEARL ST

Align top of FedEx® shipping label here.

ORIGIN ID:BUFA (716) 436-9009
JERMAINE HOWARD

1035 BEACH RD
APT D2
BUFFALO, NY 14225
UNITED STATES US

SHIP DATE: 06AUG26
ACTWGT: 0.20 LB
CAD: 6571710/ROSA2710

TO US DISTRICT COURT SOUTHERN DIS, NY
CLERKS OFFICE
500 PEARL STREET

NEW YORK NY 10007
(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

J261026012001uv

TRK# 0201 8754 2712 9444

FRI - 07 AUG 5:00P
STANDARD OVERNIGHT

XG PCTA

10007
NY-US EWR

Envelop

Recycle m

APPEALS

CLOSED,APPEAL,ECF,PRO−SE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−05623−JGK

Howard v. Carter
Assigned to: Judge John G. Koeltl
Cause: 28:1331 Fed. Question

Date Filed: 07/07/2025
Date Terminated: 07/10/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jermaine J. Howard** represented by **Jermaine J. Howard**
1035 Beach Rd. D2
Cheektowaga, NY 14225
(716) 436−9009
Email: lilchooie@gmail.com
PRO SE

V.

**Defendant**

**Shawn Jay−Z Carter** represented by **Jordan W. Siev**
Reed Smith LLP (NYC)
599 Lexington Avenue
New York, NY 10022
(212) 521−5400
Fax: (212) 521−5450
Email: jsiev@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Lauren Schoenberg**
Reed Smith LLP
599 Lexington Ave.
New York, NY 10128
(212) 549−0278
Fax: (212) 521−5450
Email: pschoenberg@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2025 | 1 | COMPLAINT against Shawn Jay−Z Carter. (Filing Fee $ 405.00, Receipt Number 41330) Document filed by Jermaine J. Howard. (Attachments: # 1 Fee Paid Receipt). (sac) (Entered: 07/10/2025) |
| 07/07/2025 | | Case Designated ECF. (sac) (Entered: 07/10/2025) |
| 07/10/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a |

| | | |
|---|---|---|
| | | party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 03/18/2024) (sac) (Entered: 07/10/2025) |
| 07/11/2025 | | MAILING RECEIPT: Document No: 2. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (mjy) (Entered: 07/11/2025) |
| 07/13/2025 | | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 07/13/2025) |
| 07/13/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vba) (Entered: 07/13/2025) |
| 07/15/2025 | 3 | ORDER OF SERVICE: Plaintiff, who is proceeding prose, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant Shawn Jay−Z Carter. Plaintiff is directed to serve the summons and complaint on the Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against the Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service. SO ORDERED. (Signed by Judge John G. Koeltl on 7/15/2025) (ar) Transmission to Pro Se Assistants for processing. (Entered: 07/15/2025) |
| 07/16/2025 | 4 | SUMMONS ISSUED as to Shawn Jay−Z Carter. (nb) (Entered: 07/16/2025) |
| 07/16/2025 | 5 | INFORMATION PACKAGE MAILED to Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225, at, on 7/16/2025 Re: 3 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases), one or more summonses (only if you have paid the fee in person or if the judge has ordered that a summons be issued to you) − 1 copies of Summons(es) mailed. (nb) (Entered: 07/16/2025) |
| 09/23/2025 | 6 | SHERIFF'S CERTIFICATE OF SERVICE of Summons and Complaint. Shawn Jay−Z Carter served on 9/15/2025, answer due 10/6/2025. Service was accepted by Tim Brennan. Document filed by Jermaine J. Howard. (tg) (Entered: 09/25/2025) |

| | | |
|---|---|---|
| 10/15/2025 | 7 | ORDER: Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was October 6, 2025. To date, no answer has been filed. The time for the defendant to answer or respond to the complaint is extended to October 30, 2025. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant. The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by October 20. SO ORDERED. (Signed by Judge John G. Koeltl on 10/15/2025) Shawn Jay−Z Carter answer due 10/30/2025. (ks) (Entered: 10/15/2025) |
| 10/15/2025 | 9 | CERTIFICATE OF SERVICE of Clerk's Certificate of Default served on Shawn Jay−Z Carter on 10/7/2025. Service was accepted by Shawn Jay−Z Carter. Document filed by Jermaine J. Howard. (ar) (Entered: 10/20/2025) |
| 10/16/2025 | | MAILING RECEIPT: Document No: 7. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (anc) (Entered: 10/16/2025) |
| 10/16/2025 | 8 | **FILING ERROR − DEFICIENT DOCKET ENTRY − PDF ERROR −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jermaine J. Howard..(nd) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 10/16/2025) |
| 10/16/2025 | | *****NOTICE TO FILER REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Jermaine Howard. RE−FILE Document No. 8 Proposed Clerk's Certificate of Default,. The filing is deficient for the following reason(s): Proposed Clerk's Certificate was not filled out; left blank. Re−file the document using the event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders − select the correct filer/filers − attach the correct PDF that − lists the correct filed date of the complaint, lists the correct name(s) of the party(ies) who was/were served, lists the correct date the party(ies) was/were served, lists the correct filed date of the proof of service. (nd)** (Entered: 10/16/2025) |
| 10/16/2025 | | Mailed a copy of the docket sheet to the Plaintiff..(nd) (Entered: 10/16/2025) |
| 10/24/2025 | 10 | CERTIFICATE OF SERVICE of Judges Order served on Shawn Carter on 10/17/2025. Service was made by MAIL. Document filed by Jermaine J. Howard. (tg) (Entered: 10/27/2025) |
| 11/03/2025 | 11 | ORDER: Pursuant to the October 15, 2025 Order, ECF No. 7, the time for the defendant to answer was extended once to October 30, 2025. To date, no answer has been filed. The time for the defendant to answer or respond to the complaint is extended to November 17, 2025. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant. The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by November 7, 2025. SO ORDERED. Shawn Jay−Z Carter answer due 11/17/2025. (Signed by Judge John G. Koeltl on 11/3/2025) (mml) (Entered: 11/04/2025) |
| 11/05/2025 | | MAILING RECEIPT: Document No: 11. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (anc) (Entered: 11/05/2025) |
| 11/12/2025 | 12 | AFFIRMATION OF SERVICE of Judges Order(s) served on Shawn Jay−Z Carter on 11/5/2025. Service was made by Mail. Document filed by Jermaine J. Howard. (jjc) (Entered: 11/18/2025) |
| 11/20/2025 | 13 | ORDER: The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by November 28, 2025. SO ORDERED. (Signed by Judge John G. Koeltl on 11/20/2025) (ks) Modified on 3/25/2026 (ks). (Entered: 11/20/2025) |
| 11/24/2025 | | MAILING RECEIPT: Document No: 13. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (lab) (Entered: 11/24/2025) |
| 11/26/2025 | 14 | Request for Clerks Certificate of Default. Document filed by Jermaine J. Howard..(nd) (Entered: 11/26/2025) |
| 12/01/2025 | 15 | NOTICE OF APPEARANCE by Jordan W. Siev on behalf of Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 12/01/2025) |

| | | |
|---|---|---|
| 12/01/2025 | 16 | LETTER addressed to Judge John G. Koeltl from Jordan W. Siev dated December 1, 2025 re: opposing entry of default judgment and seek to leave to file a motion to dismiss. Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 12/01/2025) |
| 12/01/2025 | 17 | NOTICE OF APPEARANCE by Pamela Lauren Schoenberg on behalf of Shawn Jay−Z Carter..(Schoenberg, Pamela) (Entered: 12/01/2025) |
| 12/03/2025 | 18 | ORDER, The plaintiff has sought a certificate of default. The defendant has explained why any default was not willful, there was no prejudice, and the defendant seeks to raise possibly meritorious defenses. Therefore, no default is warranted in this case. The time to respond to the complaint is extended to January 2, 2026. SO ORDERED. (Shawn Jay−Z Carter answer due 1/2/2026.) (Signed by Judge John G. Koeltl on 12/2/25) (yv) (Entered: 12/03/2025) |
| 12/04/2025 | | MAILING RECEIPT: Document No: 18. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (ne) (Entered: 12/04/2025) |
| 12/04/2025 | 19 | AFFIDAVIT for judgment by default. Document filed by Jermaine J. Howard..(nd) (Entered: 12/05/2025) |
| 12/09/2025 | 20 | MOTION: TO SUBMIT DOCUMENTS. Document filed by Jermaine J. Howard. (vfr) (Entered: 12/12/2025) |
| 12/15/2025 | 21 | ORDER denying without prejudice 20 Motion for Leave to File Document. The plaintiff has made a motion, ECF No. 20, to submit documents submitted to the Copyright Office. The motion is denied without prejudice. There is no indication that the documents pertain to a pending motion. The time for the defendant to respond to the complaint is January 2, 2 02 6, ECF. No. 18. The plaintiff may seek to submit the documents if relevant to any proper pleading. The Clerk is directed to close ECF No. 20. SO ORDERED.. (Signed by Judge John G. Koeltl on 12/15/2025) (ks) (Entered: 12/16/2025) |
| 12/16/2025 | 22 | DECLARATION of Jermaine Howard. Document filed by Jermaine J. Howard..(rro) (Entered: 12/17/2025) |
| 12/16/2025 | 23 | MOTION FOR REQUIRED DISCLOSURES. Document filed by Jermaine J. Howard..(rro) (Entered: 12/17/2025) |
| 12/17/2025 | | MAILING RECEIPT: Document No: 21. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (nb) (Entered: 12/17/2025) |
| 12/23/2025 | 24 | LETTER addressed to Judge John G. Koeltl from Jordan W. Siev dated December 23, 2025 re: Letter in Opposition to Plaintiffs Declaration for Initial Disclosures (Doc. No 22). Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 12/23/2025) |
| 12/26/2025 | 25 | ORDER denying without prejudice 23 Motion. The motion for "required disclosures" (ECF No. 23) is denied without prejudice as premature. No discovery requests are timely at this time. See Fed. R. Civ. P. 26(d) (1). The Clerk is directed to close ECF No. 23. The Clerk is also directed to mail a copy of this order to the pro se plaintiff and to note mailing on the docket. SO ORDERED. (Signed by Judge John G. Koeltl on 12/23/2025) (jca) (Entered: 12/26/2025) |
| 12/28/2025 | | MAILING RECEIPT: Document No: 25. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (tro) (Entered: 12/28/2025) |
| 01/02/2026 | 26 | MOTION to Dismiss . Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 01/02/2026) |
| 01/02/2026 | 27 | DECLARATION of JORDAN W. SIEV in Support re: 26 MOTION to Dismiss .. Document filed by Shawn Jay−Z Carter. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Howard Amended Complaint in WDNY Action, # 3 Exhibit Order Dismissing WDNY Action).(Siev, Jordan) (Entered: 01/02/2026) |
| 01/02/2026 | 28 | MEMORANDUM OF LAW in Support re: 26 MOTION to Dismiss . . Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 01/02/2026) |
| 01/06/2026 | 29 | **Vacated as per Judge's Order dated 1/8/2026, Doc. #30** ORDER: The parties are directed to appear, by phone, for a motion conference in connection with the defendant's motion to dismiss on Tuesday, January 14, 2026, at 12:00 p.m. Dial−in: |

| | | |
|---|---|---|
| | | 646−453−4442, with access code 67527833#. SO ORDERED. (Signed by Judge John G. Koeltl on 1/6/2026) ( Telephone Conference set for 1/14/2026 at 12:00 PM before Judge John G. Koeltl.) (ks) Modified on 1/9/2026 (sgz). (Entered: 01/06/2026) |
| 01/07/2026 | | MAILING RECEIPT: Document No: 29. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (mr) (Entered: 01/07/2026) |
| 01/08/2026 | 30 | AMENDED ORDER: The parties are directed to appear, by phone, for a conference in connection with the defendant's motion to dismiss on Wednesday, January 14, 2026, at 12:00 p.m. Dial−in: 646−453−4442, with access code 67527833#. The Order on ECF No. 29 is vacated. SO ORDERED. (Signed by Judge John G. Koeltl on 1/8/2026) (sgz) (Entered: 01/09/2026) |
| 01/12/2026 | | MAILING RECEIPT: Document No: 30. Mailed to: Jermaine J. Howard 1035 Beach Rd. D2 Cheektowaga, NY 14225. (tro) (Entered: 01/12/2026) |
| 01/14/2026 | | Minute Entry for proceedings held before Judge John G. Koeltl: Telephone Conference held on 1/14/2026. (Fletcher, Donnie) (Entered: 01/15/2026) |
| 01/15/2026 | 31 | ORDER: As discussed at the telephone conference held today, the plaintiff may file an amended complaint by February 4, 2026. The defendant may move or answer by February 20, 2026. The plaintiff may respond by March 16, 2026. The defendant may reply by April 2, 2026. The plaintiff has consented to electronic service to receive notification of court filings by email, rather than relying on regular mail delivery. The plaintiff's email is jhoward4@buffalo.edu. A copy of the consent to electronic service form is attached to this Order. The plaintiff is requested to sign a copy of the form and return it to the Clerk's Office at 500 Pearl St., Room 120, New York, New York, 10007−1312. The Clerk is respectfully directed to mail a copy of this Order to the plaintiff and note the service on the docket. SO ORDERED. (Signed by Judge John G. Koeltl on 1/14/2026) ( Amended Pleadings due by 2/4/2026., Motions due by 2/20/2026., Responses due by 3/16/2026, Replies due by 4/2/2026.) (ks) (Entered: 01/15/2026) |
| 02/05/2026 | 32 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Jermaine J. Howard consents to receive electronic service via the ECF system. Document filed by Jermaine J. Howard.(sgz) (Entered: 02/05/2026) |
| 02/05/2026 | 33 | AMENDED COMPLAINT amending 1 Complaint against Shawn Jay−Z Carter.Document filed by Jermaine J. Howard. Related document: 1 Complaint.(sgz) (Entered: 02/05/2026) |
| 02/05/2026 | 34 | MOTION FOR APPOINTMENT OF COUNSEL. Document filed by Jermaine J. Howard.(sgz) (Entered: 02/05/2026) |
| 02/20/2026 | 35 | MOTION to Dismiss . Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 02/20/2026) |
| 02/20/2026 | 36 | DECLARATION of Jordan W. Siev in Support re: 35 MOTION to Dismiss .. Document filed by Shawn Jay−Z Carter. (Attachments: # 1 Exhibit Amended Complaint SDNY, # 2 Exhibit Amended Complaint WDNY Action, # 3 Exhibit Dismissal WDNY Action, # 4 Exhibit Original Complaint).(Siev, Jordan) (Entered: 02/20/2026) |
| 02/20/2026 | 37 | MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss . . Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 02/20/2026) |
| 02/24/2026 | 38 | MEMORANDUM OPINION AND ORDER re: 34 MOTION to Appoint Counsel filed by Jermaine J. Howard. The plaintiff requests that the Court appoint him counsel. ECF No. 34. However, from the papers provided, the Court cannot determine whether the necessary showing for appointment of counsel has been met. The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent civil litigant under 28 U.S.C. § 1915. See Hodge v. Police Officers, 802 F.2d 58, 61−62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the plaintiff must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 60−61. Only then can the Court consider the other factors appropriate to the determination of whether counsel should be appointed: "plaintiff's |

| | | |
|---|---|---|
| | | ability to obtain representation independently, and his ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross−examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The plaintiff has not yet made such a showing. The plaintiff's application for the Court to appoint counsel is therefore denied without prejudice for failure to make the required showing at this time. The Clerk is respectfully directed to close ECF No. 34. SO ORDERED. (Signed by Judge John G. Koeltl on 2/24/2026) (mml) (Entered: 02/25/2026) |
| 03/16/2026 | 39 | ORDER: Accordingly, the Court will file these materials under seal and will not consider them. The defendant is represented by counsel in this case. If the plaintiff has any need to contact the defendant, he should do so through the defendant's counsel: Jordan W. Siev, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022. The plaintiff may also consult defense counsel to determine whether the documents he received were in fact sent by the defendant. The plaintiff may also wish to consult the City Bar Justice Center, whose information is attached to this Order. SO ORDERED. (Signed by Judge John G. Koeltl on 3/13/2026) (ks) (Entered: 03/16/2026) |
| 03/16/2026 | 40 | SEALED DOCUMENT placed in vault..(jus) (Entered: 03/16/2026) |
| 03/23/2026 | 41 | ORDER: The plaintiff's response to the defendant's motion to dismiss was due on March 16, 2026. To date, no response has been filed. The plaintiff's time to respond is extended to April 3, 2026. If the plaintiff fails to respond by that date, the defendant's motion will be decided on the currently filed papers. The Clerk is requested to mail a copy of this Order to the plaintiff and to note the mailing on the docket. SO ORDERED. Responses due by 4/3/2026. (Signed by Judge John G. Koeltl on 3/23/2026) (mml) (Entered: 03/24/2026) |
| 03/26/2026 | 42 | MEMORANDUM OF LAW in Opposition re: 35 MOTION to Dismiss .. Document filed by Jermaine J. Howard..(jm) (Entered: 03/27/2026) |
| 03/30/2026 | 43 | LETTER addressed to Judge John G. Koeltl dated 3/27/26 re: Letter from Jermaine Howard. Document filed by Jermaine J. Howard.(jw) (Entered: 03/31/2026) |
| 04/02/2026 | 44 | REPLY MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss . . Document filed by Shawn Jay−Z Carter..(Siev, Jordan) (Entered: 04/02/2026) |
| 04/02/2026 | 45 | DECLARATION of Jordan W. Siev in Support re: 35 MOTION to Dismiss .. Document filed by Shawn Jay−Z Carter. (Attachments: # 1 Exhibit US Copyright Database for Dead Presidents II).(Siev, Jordan) (Entered: 04/02/2026) |
| 07/10/2026 | 46 | MEMORANDUM OPINION AND ORDER re: 35 MOTION to Dismiss . filed by Shawn Jay−Z Carter, 26 MOTION to Dismiss . filed by Shawn Jay−Z Carter. The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the reasons explained above, the defendant's motion for dismissal is granted with prejudice. The defendant's cross−motion to designate the plaintiff a vexatious litigant is denied. The Clerk is respectfully requested to enter judgment dismissing the Amended Complaint with prejudice. The Clerk is also requested to close all pending motions and to close this case. SO ORDERED. (Signed by Judge John G. Koeltl on 7/10/2026) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/10/2026) |
| 07/10/2026 | 47 | CLERK'S JUDGMENT re: 46 Memorandum & Opinion, in favor of Shawn Jay−Z Carter against Jermaine J. Howard. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 10, 2026, the defendant's motion for dismissal is granted with prejudice. The defendant's cross−motion to designate the plaintiff a vexatious litigant is denied. Judgment is entered dismissing the Amended Complaint with prejudice. Accordingly, the case is closed. (Signed by Judge John G. Koeltl on 7/10/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 07/10/2026) |
| 08/07/2026 | 48 | NOTICE OF APPEAL from 47 Clerk's Judgment. Document filed by Jermaine J. Howard. (Attachments: # 1 Appendix Motion for IFP). (tp) Modified on 8/10/2026 (tp). (Entered: 08/10/2026) |

| | | |
|---|---|---|
| 08/10/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 48 Notice of Appeal. (tp) (Entered: 08/10/2026) |
| 08/10/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 48 Notice of Appeal filed by Jermaine J. Howard were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/10/2026) |